### JOHNSON *v.* THE STATE.

GILBERT, J.  The evidence was sufficient to support the verdict, and there was no abuse of discretion in refusing a new trial.

*Judgment affirmed.  All the Justices concur, except Fish, C. J., absent.*

No. 138.  NOVEMBER 17, 1917.

Indictment for rape.  Before Judge Graham.  Pulaski superior court.  January 16, 1917.

*M. H. Boyer,* for plaintiff in error.

*Clifford Walker, attorney-general, W. A. Wooten, solicitor-general,* and *M. C. Bennet,* contra.